

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:14-MJ-136 |
| | ) | |
| MARK PARSCH | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kristina M. Eyler, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Special Agent in Charge, Washington, D.C. I have been employed by DHS since 2003 and have seven years prior law enforcement experience. I have earned a Bachelor of Science degree in the field of criminal justice/psychology. Additionally, I have graduated from the Federal Law Enforcement Training Center's Police Mixed Basic Training Program, Prince William County Police Criminal Justice Academy, Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program. As part of your Affiant's current duties as an HSI agent, your Affiant investigates criminal violations relating to child exploitation, including violations which makes it a federal crime for any person to knowingly persuades, induces, entices, or coerces any individual who has not

1

attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, or attempt to do so, in violation of 18 U.S.C. § 2422(b).

2. The statements contained in this Affidavit are based on my experience and background as a special agent working in the area of child exploitation and on information provided by other law enforcement agents. I have not set forth every fact resulting from the investigation; rather I have set forth a summary of the investigation to date. For the reasons set forth below, your Affiant contends that this affidavit contains ample probable cause to believe that PARSCH knowingly attempted to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in any sexual activity in violation of 18 USC § 2422(b), which makes it a federal crime for any person to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including Section 18.2-61(a)(iii) of the Code of Virginia (rape of child under 13 years of age), Section 18.2-67.1(a)(i) of the Code of Virginia (forcible sodomy of child under 13 years of age), Section 18.2-67.3(a)(i) of the Code of Virginia (aggravated sexual battery of child under 13 years of age), or attempt to do so.

3. Section 18.2-61(a)(iii) of the Criminal Code of Virginia defines Rape as "sexual intercourse with a complaining witness, whether or not his or her spouse, or causes a complaining witness, whether or not his or her spouse, to engage in sexual intercourse with any other person and such act is accomplished . . . with a child under age 13 as the victim."

4. Section 18.2-67.1(a)(i) of the Criminal Code of Virginia defines Forcible Sodomy as "cunnilingus, fellatio, anilingus, or anal intercourse with a complaining witness whether or not his or her spouse, or causes a complaining witness, whether or not his or her spouse, to engage in such acts with any other person, and . . . the complaining witness is less than 13 years of age."

5. Section 18.2-67.3(a)(i) of the Criminal Code of Virginia defines Aggravated Sexual Battery as "sexually abuse [of] the complaining witness, and . . . the complaining witness is less than 13 years of age."

## DETAILS OF INVESTIGATION

6. On January 14, 2014, Special Agent Kevin Laws was acting in an undercover capacity on a social networking website. SA Laws contacted a subject using the username "HHLovecraft" via the social networking website. SA Laws continued communicating with "HHLovecraft" through Skype chat. "HHLovecraft " provided his Skype username as "HHLovecraft".

7. SA Laws and "HHLovecraft" began communicating on Skype chat. The following is a chat, which occurred on February 26, 2014:

Undercover: Hey dude, I'm on whenever you want to chat.
H H Lovecraft: Well, early is better than later tonight
Undercover: Hey
Undercover: Didnt want to miss you
H H Lovecraft: Hello! How are you?
Undercover: Pretty darn good, how about you?
H H Lovecraft: Not great, got a stomach bug thatis kicking my ass. But hanging in there
Undercover: ahh that REALLY sucks...sorry
H H Lovecraft: Yeah..but that is hpw it rolls
Undercover: Sometimes, does seem that way
H H Lovecraft: It did give me a chance to review some of my favorite files..
Undercover: That's cool, and usuallt a good thing!!
H H Lovecraft: It was indeed

3

Undercover: I'm gearing up for the usual Friday night PnP night.
H H Lovecraft: Pussy and Pizza?
Undercover: Good guess, Porn N Pizza, watch some porn with the kids all naked on the couch and then get busy with the girl afterwards.
H H Lovecraft: So yes to my suggestion....or do you prefer AnP? Or OnP?
Undercover: Don't get your abbrevation
H H Lovecraft: Ass and Pizza, Oral and Pizza
Undercover: hahaha, typically Oral but anal at least once a week
H H Lovecraft: And what will the viewing subject be? Home movies or something else? I do love the Anal...
Undercover: I think this weeks viewing pleasure will be some very young stuff I found on a TOR site.
H H Lovecraft: How good is the lass at the anal?
H H Lovecraft: would that be Lexx?
Undercover: Not bad, been training her since she was 4yo so its all routine for her now.
H H Lovecraft: Sorry Lux....
H H Lovecraft: Wow, 4 is a nice place to start
Undercover: Yea, that's what I thought
Undercover: Gotta say her anal is pretty good and she sucks nearly like a pro!!
H H Lovecraft: I love all the joy of discovery at that age
H H Lovecraft: I bet!
Undercover: Just a bit of light fingering and rimming/oral up front so far
H H Lovecraft: So Girl 9? and....
Undercover: Yup and her bro is 8
H H Lovecraft: I love the frottage on the pussy, feeling the lips around the head of your cock
Undercover: I think she is about ready for some penetration very soon.
H H Lovecraft: I assume you know to start small and work up
Undercover: Oh yea, same way i broke her in with anal..start very slow
H H Lovecraft: I am girthier than normal men, so have had to stretch quite a bit before penetrating, and have to use lots of lube
Undercover: I always use lube even when she gives me oral...strawberry and she loves it.
H H Lovecraft: Did you find stuff on Lux? There was some stuff there.
Undercover: Never heard of Lux.
Undercover: Not big on collecting since I have her right here. Not like i was years ago
Undercover: I spent so much on pay sites that now you can get it all free it embarrassing.
H H Lovecraft: All I have is the collecting since the girls left. That and memories.....
Undercover: bdsisters,lolitttles, dark feelings all that stuff you once had to pay to get
Undercover: You get divorcred and how old where your girls?
H H Lovecraft: Yep, wife found out about some of my hobbies. girls are 16 and 19. I got started young.....So did they....2 was a nice age
H H Lovecraft: http://luxxxxsdp3npybr2.onion/lux_files/VIDEOS/
Undercover: Damn sorry, the girls tell on you?

H H Lovecraft: Nope. It is good to be gentle and loving...And never make them feel like eldest just had a baby boy. SHe was thinking about our time together the other day, fondly
H H Lovecraft: The father is a douche though. I don't want him involved in our play
Undercover: Nice, my ex ran off with some dude, she was a bit younger than me, got all fucked up with meth and ended up in prison for 10+
H H Lovecraft: wow...so single dad....with our prediliictions...not shabby for a shitty situation
Undercover: Yea, sucks some days but it works out most of the time
H H Lovecraft: That onion has some very young dtuff if you are interested......
Undercover: We move around alot to stay under the radar to to speak..
Undercover: Thanks I usually vary what we watch, sometime young stuff, adult, cartoons etc
Undercover: just something to keep then use to seeing people fucking and sucking
H H Lovecraft: Good idea. It sounded like Boston or that region from the dialect in th PMs
Undercover: hahaha , I had a friend that always said wicked and i picked it up from him
Undercover: We just got to Virginia a bit over a year ago
H H Lovecraft: Yep, I am not so much into the nepi stuff, but I have my moments
H H Lovecraft: I do love a good mons pubis and love when the girls develop that
H H Lovecraft: I've been in the Missouri for quite some time now....
Undercover: Never been to Missouri...when was the last time you had some young stuff?
H H Lovecraft: 7 years
Undercover: Dang, that sucks!!
H H Lovecraft: quite a bit....i even invested in a Japanese pocket pussy meant to replicate a 7 yo pussy. it doesn't, but it was sort of close
Undercover: hahaha, take what you can get right
H H Lovecraft: Right....
The stupid thing misses due to not actually being a girl
Undercover: true true
H H Lovecraft: No smell, no taste, no warmth....no little sighs as you eat the kitty
Undercover: yea that sucks i do love the taste and smells that's for sure
H H Lovecraft: But is is soft and oh so tight.
You will need to find a lady to have some more kids?
H H Lovecraft: I also take it you are not exclusivly pedo?
Undercover: heck no, done with more kids unless i could get super lucky and find a pervy woman. No, I do enjoy some really good adult rough sex from time to time
H H Lovecraft: I ran into a woman who was was into rough sex, loved it in the ass, was bi and brought women home and would watch CP with me whie fantasizing about having kids to play.....In other words, fucking perfect. (a little bigger, but hey). Left me for a really well off dude, although she tells me that he is mostly pedo too
Undercover: damn that's AWESOME.. hell i would settle for a pervy neighbot to stop by from time to time...hahahahaha

5

H H Lovecraft: We were together for 2 years and even tried to get my youngest into bed one drunken night, Daughter was a little freaked out having someone else know about us and playing with another girl.
H H Lovecraft: THat was something I left out of her education
Undercover: hahaha i bet
H H Lovecraft: I should have had the 2 of them play
Undercover: yea man!!!!!
H H Lovecraft: Or just gotten the daughter much dunker
H H Lovecraft: But I did get the 2 of them kissing.  The youngest showed me a snapchat of her kissing a friend (girl) from school.  I like to think that I  started that
Undercover: that's nice, mine are home schooled been since they started school
H H Lovecraft: I probably should have done that as well, given the activities.
H H Lovecraft: Would have made the wife suspicious probably
Undercover: Yea, works well for now a few more years and my girl will be past my preferred age then i'll have to figure out somethig else but still have a few years
H H Lovecraft: I could take her off your hands, i need another woman in my life :D
Undercover: hahaha, i might give her to you when she hits 13
H H Lovecraft: DEal..  You can marry with parents permission here then....
Undercover: ahhh nice
H H Lovecraft: SO what are your AoA?
Undercover: My agre preference 9 and under but I'll play with my girl until she is 12 since she is right here
H H Lovecraft: How low can you go?
Undercover: Have I went or could I go...4 was the youngest...for oral as low as i could find
H H Lovecraft: How about porn?
I range 6-14, but go to 4.  and have gone lower for porn and IRL as well.
Undercover: porn as young as i can find, but don't show the really young stuff to the kids.
H H Lovecraft: I love the sarah vids on the lux site..Such a sweet pussy
H H Lovecraft: she is 3
Undercover: Nice!!! How did you gets your hands on a very young one?
H H Lovecraft: And you son't play with the boy? I haven't myself, although, I am curious as to what the Greeks, Persians, Arabs, Romans, well, everyone has foumd so enticing for 3000 years
Undercover: No, the boy has seen me jerk off many many times but dont do anything with him and he doesnt know about me and his sis
Undercover: The downstairs bedroom has a lock on the door.  I put in a movie for him when we go to play
H H Lovecraft: Daughters..  Started them at 2 with oral both giving and receiving. And i licked their little kitties for probably a year before that. My wife always was impressed that I could quiet the girls in the middle of the night so well. A tongue on a clit does that..
Undercover: That Rocks!!

H H Lovecraft: Yep, I am a rock star.....I so miss those days, and wish I had momentos from those days
Undercover: Yea, I kept a good library of our activites throughout the years...Now heavely encrypted and very well hidden!
H H Lovecraft: Good idea
H H Lovecraft: Have you shared them before?
Undercover: No, never had the chance
Undercover: We were in Alaska before this and wold never try up there to small a town
H H Lovecraft: I bet!
H H Lovecraft: And you haven't put the photos online?
[Undercover: FUCK NO!!!!!!!!!!
H H Lovecraft: Which is a good idea....
H H Lovecraft: Excellent security to stay free....
Undercover: I take huge precautions to never get caught!
Undercover: I know what happens to people like us in prison
H H Lovecraft: Except for contacting me.....
H H Lovecraft: Yeah, beatings and death
Undercover: YUP!!
Undercover: So, I guess you are telling me your a fucking cop right?
H H Lovecraft: NOPE!!!!!!!!!!!!!!
Undercover: Yea, just messing with you
H H Lovecraft: Fuck them, and their witch hunts
Undercover: Amen to that brother
Undercover: I am a HUGE voyeur and would just like one chance to watch a complete stranger with my girl just one time and jerk like a mad man
H H Lovecraft: I am a huge fan of this idea.....
Undercover: You wouldn't mind me watching and jerking?
H H Lovecraft: Nope, hopefully some double action might take place too.
Undercover: I would hope so..
Undercover: I figure at least a full weekend of kid size sex
H H Lovecraft: I am so down, I feel lucky to have answered your email
Undercover: Me to, that was so random it's kinda freaky
H H Lovecraft: As if by magic.
Undercover: Yea man....maybe once in our lives we truly got lucky
Undercover: So what's you idea of the perfect weekend?
H H Lovecraft: Well, I am from BBQ land, so I'll bring some along, for a meal, although I don't want to spoil the PnP tradition.  I would hope I could join you for that.....
H H Lovecraft: Then move to a bedroom for a quick personal introduction.  I love to lick litte kitties for hours, so I might start there.
Undercover: Yes that would be perfect...we all get naked on the couch, watch some porn then you, me and the girl go downstairs for some adult fun
H H Lovecraft: Maybe  not even go further than that, although i would be tempted.
Undercover: she has to at least suck you!!
H H Lovecraft: We could save that until Saturday.

H H Lovecraft: I am patient, I might prefer to watch her suck you while lick that pussy and finger her ass
Undercover: Yea good point.  So if I wanted to have a night out alone would you be up for watching them for an evening....full access to the girl
H H Lovecraft: Sure, I am an excellent babysitter.  I am certified even....by the Red Cross. And PedoU
Undercover: You got certified by PeroBear...Lucky Bastard!
H H Lovecraft: I was online and part of PedoU back in the 90s
H H Lovecraft: That was a looooooong time ago
Undercover: That would rock it's been awhile since I had an evening out completely alone
H H Lovecraft: during teh modem days waiting a whole 3 days for 7 seconds of video
Undercover: hahahaha yea I remember that crap...what a painful experiance
Undercover: 3/4 the connection would fail
H H Lovecraft: But I thought Saturday might be a good day for BBQ and CP night.  Do you drink beer?
Undercover: I don't but I have a bottle of Jack sinlge barrel still sealed
H H Lovecraft: You could then get your voyuer on, because it has been 7 years since there has been young ass on my cock
H H Lovecraft: That would do nicely
Undercover: Man, my heart is pounding right now thinking about this really happening
H H Lovecraft: Me too
H H Lovecraft: Then you could head out on Sunday night for a night out, and the boy could take some Benedryl
Undercover: I have a nice house 4br nice bedroom downstairs with full bath and a party shower, large flat screen tv, playstation, Internet...all set up waiting for a guest
Undercover: Perfect for Sunday
H H Lovecraft: If he is sleeping soundly enough, get her to taste his little cock?
Undercover: Sure, I am open to all kids of suggestions, this is a once in a lifetime thing for me so keeping all options open
H H Lovecraft: What city in Virginia?  To plan a route...
Undercover: Fairfax
Undercover: You're driving? Won't that take days?
H H Lovecraft: It was a thought.
Undercover: Just asking totally up to you
Undercover: google your town to fairfax distance
H H Lovecraft: Only 16 hours....fuck
Undercover: 850 miles
H H Lovecraft: closer to 1000
Undercover: ahh, that's a long drive
H H Lovecraft: Doable though.
Undercover: oh yea
H H Lovecraft: Ok, so I am booked this weekend.and the next, but then I am free

Undercover: I'm open ever weekend..I'll even take Friday and Monday off work for a nice long weekend.
H H Lovecraft: SO then the weekend of he 14th?
Undercover: Perfect, it will give me enough notice to get the days off.  I'll put in for the days off tomorrow!
H H Lovecraft: I am just being careful here, could you take a photo of the girl holding a sign saying Hi?  Nothing special, unless you want to, but if I were to travel, that's federal
Undercover: I got it covered, you want to meet on here again for me to send the pick?
H H Lovecraft: Not trying to be paranoid or anything, or to suspect you, Just...you know....
H H Lovecraft: Can  u send pic via skype?
Undercover: Listen I totally understand.  I just want a normal pic of you in return and your promise that you won't send this pic out to ANYONE!!!
H H Lovecraft: I will delete it as soon as I get it......
Undercover: haha not sure if i can send a file via Skype??
*** Missed call from H H Lovecraft. ***
H H Lovecraft: Ok, so that is the video....
Undercover: yes you can found it
Undercover: sending a test pic
H H Lovecraft: Just hitting butons trying to find it...But it looks like no....
*** Undercover sent pedobear seal.jpg ***
Undercover: did it work?
*** H H Lovecraft sent 35318057phw.jpg ***
H H Lovecraft: Yep.  Seems to have
H H Lovecraft: I found it here too....
H H Lovecraft: If you wanted video chat for Friday's PnP I am down for that as well
Undercover: That I would never do
Undercover: Even if we had met 100 times...way to dangerous
H H Lovecraft: ok...good to know
*** H H Lovecraft sent 34545106PQz.jpg ***
Undercover: OK my new best friend I gotta run, gotta get stuff ready for work tomorrow
Undercover: cool now we know it works
H H Lovecraft: ok new best friend.....Talk tomorrow?
same bat time, same bat channel?
Undercover: I have a late nght tomorrow probably wont be home until after 9:30 local time
Undercover: Maybe Saturday at the same time?
Undercover: Or late on Firday?
H H Lovecraft: I am on call this weekend, so it might be hard to do....but I can be up late tomorrow or friday???
H H Lovecraft: If on Friday, I am anxious to hear about the exploits
Undercover: Lets plan for late on Friday...say 10pm east coast time?
H H Lovecraft: Sure, easy here. Only Nine
H H Lovecraft: See you then

Undercover: Have a GREAT evening!!
H H Lovecraft: I will have to jerk off a bunch to go to sleep
Undercover: for sure...GOODNIGHT!!!!


    22.    On March 1, 2014, SA Laws, acting in an undercover capacity, spoke with "HHLovecraft" via Skype chat. The discussion went as follows:

Undercover: You still awake?
H H Lovecraft: Yep
Undercover: How's your Friday?
H H Lovecraft: Going pretty well..Or I guess, went pretty well
H H Lovecraft: Work was worklike....toook forever. I took the time off for the weekend
Undercover: That's good Was just getting ready to sack out when I remembered I was supposed to chat with you.
H H Lovecraft: How was your PnP?
Undercover: It ROCKED!!
H H Lovecraft: Oh Yeah? Do tell!
Undercover: Naked on the couch as usual watched some kiddie sex cartoons, kids laughed like crazy not the typical PnP night. Then some great oral from my girl in the tub
H H Lovecraft: I didn't do much...I just watched some television
H H Lovecraft: And kiddie cartoons? Like what?
Undercover: Alice in Wonderland, Hantzel and Gretel
*** Undercover sent R U cumming.pdf ***
H H Lovecraft: As sex cartoons??? I need to ee those! They sound hilarious
Undercover: Yup sex cartoons
H H Lovecraft: ok, Got it....She looks to have a great body!
Undercover: Hell yea!
H H Lovecraft: Did the boy take it?
Undercover: Yup pretty good huh...think he will be a professional...hahahahaha
H H Lovecraft: And what did you tell her? Also, hold on, let me grab a photo
*** H H Lovecraft sent MeWithEyebrow.jpg ***
*** H H Lovecraft sent MeWithEyebrow.jpg ***
Undercover: try again
*** H H Lovecraft sent MeWithEyebrow.jpg ***
Undercover: Cool, mind if I show it to the kids?
H H Lovecraft: Nope....Still up??
Undercover: Heck no they have been in bed since 9:30
H H Lovecraft: I also can be a bit silly, if you can't tell...
Undercover: Going to tell them that Uncle Bill is coming for a visit
H H Lovecraft: I was hoping to chat with them at some point
Undercover: SIlly is cool with me..humor rocks
H H Lovecraft: Uncle Bill? That works!

H H Lovecraft: I am so hard right now
Undercover: Dude I was totally thinking about you when my girl was giving me oral tonight...it was killer good!!
H H Lovecraft: She looksperfect
H H Lovecraft: And I am jealous
Undercover: I think she is but I'm prejudiced...lol
H H Lovecraft: Mine are pretty perfect as well...
Undercover: I have no doubt, to bad they still weren't with you we could have one hel of a party!!!!
H H Lovecraft: No shit.  Maybe even got your boy lucky
Undercover: Man that would be something
H H Lovecraft: Alright.One last look at your young lady before i delete it.  But shit, I keep thinking about her hands.  For some reason
Undercover: Small soft, and she can put them in the right places as well
H H Lovecraft: They look great.  I just imagine them wrapped around my cock yes
Undercover: EXACTLY
H H Lovecraft: The next 2 weeks are going to drag by
Undercover: Tell me about it
Undercover: OK, my friend it's late and I've been up since 6am.  Time for some sleep
H H Lovecraft: Weird request.  do you have a picture of your girl lips?  So I may dream of them?
Undercover: no sorry, that's the most I'm willing to share.  Can't be to safe.
H H Lovecraft: Ok, I understand.  I am going to have to take care of this hardon before I go to sleep.  I have to be up tomorrow too.  Like at fraking 5 am.....
Undercover: Ouch...have a good jerk!!
H H Lovecraft: Chat tomorrow?
Undercover: Later, be well and be safe!
Undercover: Possibly
H H Lovecraft: I'll be around.....
H H Lovecraft: G' night   fro Uncle Bill

    23.    During the above listed chat, "HHLovecraft" sent an image file to titled "MeWithEyebrow.jpg" to SA Laws.  The photo depicts a white male, 40-45 years of age, glasses and goatee.  The male is wearing a red collared shirt with a white shirt underneath.  The image displays the subject from the neck up.

    24.    On March 4, 2014, SA Laws, acting in an undercover capacity, spoke with "HHLovecraft" via Skype chat.  The discussion went as follows:

H H Lovecraft: See you are online
Undercover: Thought I missed you!

H H Lovecraft: Going alright here. Long weeks waiting for next weekend
Undercover: Next weekend or the weekend of the 14th?
Undercover: Either is good for me
H H Lovecraft: 14th. Sorry. I meant the weekend after next.
Undercover: Damn got me all excited for a minute.
Undercover: The weather here has been crazy this winter. It rained most of the night Sunday then snowed on top of that.
H H Lovecraft: I wish. Seeing my family this's weekend so that's all tied up.
H H Lovecraft: And no kidding. I have a friend in VA and she was telling me about the nasty that is there.
Undercover: Family is good so...well sometimes
H H Lovecraft: My brother. Not really fun family.
Undercover: ahhh, yea I had my crazy sister drop in over Christmas. Going through a nasty divorce. She appeared unannounced. That was NOT a fun time.
H H Lovecraft: We were supposed to get 8-12 inches of snow this weekend, but only got 2
Undercover: That's good
H H Lovecraft: And all kinds of idiots who can't drive STILL on snow.
Undercover: hahaha you should be here. I went to Weggman's, a local grocery store, you would have thought it was the end of the world!!
H H Lovecraft: Yeah. People here sliding around all over the place.
H H Lovecraft: any more fun since Friday?
Undercover: Nope, usually keep it to once or twice a week. Until you get here of course
H H Lovecraft: But not in front of the boy, right?
H H Lovecraft: Because otherwise, I am going to want to be naked all weekend.
Undercover: Nope, nothng in front of him...well just some very light touching
Undercover: Ahh being naked around them is typical
H H Lovecraft: So no bending over the kitchen table at breakfast.
Undercover: hahaha, my table is kinda tall so Amy would have to stand on the step stool
H H Lovecraft: That could be arranged.
Undercover: Since this is a first for me sharing her I am open to all suggestions.
H H Lovecraft: I have one small issue. My dog sitter fell through. Is there a possibility I could bring it along?
H H Lovecraft: Nice friendly dog
Undercover: Of course we love animals
H H Lovecraft: Other dogs there?
Undercover: No we had a small dog but had to put here down last sumer
Undercover: minature American Eskimo
H H Lovecraft: Oh sorry.
Undercover: I have lube but if you want to bring something special that's cool with me!
H H Lovecraft: He won't like the trip much, but it doesn't matter. He will just sleep.
H H Lovecraft: Something special?
Undercover: Whatever sex toy you like to use...

H H Lovecraft: I have a couple anal plugs for men. One is pretty small. Perhaps the boy would like one for movie time? Other than that, there have been no toys for several years.
Undercover: That's cool, I have used different sizes on here, biggest was about 3 inches around
Undercover: She is really small so using lube is mandatory
H H Lovecraft: Lube is usually sufficient. My tongue and cock make for good toys.
Undercover: Very nice...don't remember if I asked...do you mind me watching the first few times?
H H Lovecraft: As far as sex toys, I have even though about buying something like this. http://en-nls.com/pict1-4828?c2=12000000
Undercover: Dude in a few days you'll have a real kids pussy, not need to buy a fake one!
Undercover: sorry got booted off line for a minute
H H Lovecraft: No prob. I did say I was thinking about buyin one
Undercover: hahaha fair enough
H H Lovecraft: Also, you have to love those japanese
Undercover: true, I saw a very real child size sex doll the other day, life like. I think the damn thing was 10grand...crazy
H H Lovecraft: Yeah. 30 bucks isn't too bad for just the pussy.
H H Lovecraft: Bit I have thought about those full dolls on occasion.
Undercover: true true...sorry gotta run. Have to get things ready for work and get cleaned up. Have to be to work by 7am so its an early morning.
H H Lovecraft: Ok. Talk in a few days?
Undercover: For sure!
H H Lovecraft: Cool cool. Have a good night!
Undercover: Have a great night, sleep well and be safe my friend!!!
H H Lovecraft: And give her a kiss for me. Maybe even on the lips
Undercover: Will do all over for you....one last question do you mind if I show your pic to her?
H H Lovecraft: Nope. That would be fine. In fact, perhaps I can chat with her sometime? With you watching of course.
Undercover: Next time we chat you'll have to e-send the pic...its long gone since we last chatted.
H H Lovecraft: Ok.
Undercover: GOOD NIGHT!!
H H Lovecraft: You too.

    25.    Your affiant requested and received log in information for "HHLovecraft" on an image-hosting site from foreign law enforcement. Foreign law enforcement has legal process in place with the image-hosting website to obtain this data. On February 16, 2014, "HHLovecraft" logged into the website using IP address 74.222.196.71.

Additionally, when the profile was created the email address HHLovecraft@gmail.com was provided for other users to contact him.

26. On March 10, 2014, during a Skype chat, SA Laws provided "HHLovecraft" with the address 4040 Jermantown Road, Fairfax, VA as the location of their meeting on March 14, 2014.

27. On March 11, 2014, an ICE administrative summons was emailed to the Internet service provider, SureWest Broadband, for IP address 74.222.196.71. SureWest Broadband returned the following information on the subscriber of the IP address: Mark Parisch, 6828 W. 76th Terrace, Overland Park, KS.

28. On March 12, 2014, your affiant provided Mark Parsch's (the correct spelling, based on publically available database, CLEAR) biographical information and driver's license information to Kansas Department of Motor Vehicles. The Kansas Department of Motor Vehicles provided a driver's license photo of Parsch, which appeared to match the same person depicted in the photograph as described in paragraph 24.

29. SA Laws communicated with "HHLovecraft" on March 12, 2014 via Skype. The two again discussed plans to meet at 4pm on March 14, 2014 in Fairfax, VA.

## CONCLUSION

30. Based on the above information, there is probable cause to believe that Mark PARSCH knowingly attempted to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including Section 18.2-61(a)(iii) of the Code of Virginia (rape of child under 13 years of age), Section 18.2-67.1(a)(i) of the

14

Code of Virginia (forcible sodomy of child under 13 years of age), Section 18.2-67.3(a)(i) of the Code of Virginia (aggravated sexual battery of child under 13 years of age), in violation of 18 USC § 2422(b).

Respectfully submitted,

_____
Kristina M. Eyler, Special Agent
Department of Homeland Security,
Homeland Security Investigations

Sworn and subscribed to before me
this 14th day of March, 2014

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

15